UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANSOM ROWE, et al.,

    Petitioner

v.                                      CASE NO: 8:09-CV-2419-T-27MAP

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **ANSWER**

COMES NOW, the Respondent, Colleen M. Then, through the undersigned Assistant United States Attorney, and submits the following Answer to Petitioners' Petition for Judicial Review:

The Respondent answers the allegations set forth in the Petitioners' Petition for Judicial Review as follows:

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Admits.

6. Admits.

7. Admits.

8. Admits.

9. Admits.

10. Admits.

11. Admits.

12. Admits.

13. Admits.

14. Admits that a Final Notice of Denial of Application or Revocation of Firearms License, dated September 29, 2009, was issued to Ransom Rowe notifying Mr. Rowe that his federal firearms license as a dealer in firearms other than destructive devices was revoked effective October 16, 2009. However, the certified mail return receipt indicates Mr. Rowe received the notice on October 7, 2009.

15. Admits that a Final Notice of Denial of Application or Revocation of Firearms License, dated September 29,2009, was issued to Rowe Engineering, Inc. notifying Rowe Engineering, Inc. that its federal firearms license as a dealer in firearms other than destructive devices was revoked effective October 6, 2009. However, the certified mail return receipt indicates Rowe Engineering, Inc. received the notice October 7, 2009.

16. Admits.

17. Admits.

18. Denies.

19. Denies.

20. As to Count I, the Respondent incorporates by reference the answers given in Paragraph One through Nineteen above.

21. Admits.

22. Admits.

23. Denies.

24. As to Count II. the Respondent incorporates by reference the answers given in Paragraphs One through Nineteen above.

25. Admits.

26. Admits.

27. Denies.

28. As to Count III, the Respondent incorporates by reference the answers given in Paragraphs One through Nineteen above.

29. Admits.

30. Admits.

31. Denies.

32. As to Count IV, the Respondent incorporates by reference the answers given in Paragraphs One through Nineteen above.

33. Admits.

34. Admits.

35. Denies.

36. As to Count V. the respondent incorporates by reference the answers given in Paragraphs One through Nineteen above.

37. Admits.

38. This is a statement of law to which no response is required. To the extent a response is required, the Respondent admits the allegations in paragraph 38.

39. Admits.

40. Denies.

Case 8:09-cv-02419-JDW-EAJ   Document 10   Filed 02/01/10   Page 4 of 5 PageID 44

41. Admits.

42. Denies.

The Paragraph beginning with "WHEREFORE" is denied.


WHEREFORE, having fully answered the Petition for Judicial Review, the Respondent requests that it be dismissed, and that judgment be entered in favor of the Respondent. The Respondent reserves the right to prepare and present additional and alternative defenses and to supplement or amend this Answer.


Respectfully submitted,

*/s/ Jennifer Waugh Corinis*
JENNIFER WAUGH CORINIS
Assistant United States Attorney
Florida Bar No. 49095
United States Attorney's Office
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Phone:  813-274-6310
Fax:  813-274-6198
jennifer.corinis@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 1, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing.

                                                */s/ Jennifer Waugh Corinis*
                                                JENNIFER WAUGH CORINIS
                                                Assistant United States Attorney