UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANSOM ROWE and
ROWE ENGINEERING, INC.,

                Plaintiffs,

vs.                                          Case No. 8:09-CV-2419-T-27EAJ

COLLEEN M. THEN, Director of Industry
Operations, Tampa Field Div, Bureau of Alcohol,
Tobacco, Firearms and Explosives,

                Defendant.
_____/

## ORDER

ON **August 24, 2010,** this Court entered an Order directing Plaintiffs to appear personally at status conference scheduled for September 30, 2010. (Dkt. 22). The Order expressly stated:

> *"FAILURE OF ROWE ENGINEERING, INC. TO APPEAR AT THE STATUS CONFERENCE THROUGH NEWLY RETAINED COUNSEL, AND FAILURE OF RANSOM ROWE TO APPEAR AT THE STATUS CONFERENCE, EITHER PRO SE OR THROUGH NEWLY RETAINED COUNSEL, WILL RESULT IN THE DISMISSAL OF THIS CAUSE FOR LACK OF PROSECUTION PURSUANT TO LOCAL RULE 3.10 AND FED. R. CIV. P. 41(b)."*

Plaintiffs failed to appear, pro se or through newly retained counsel, at said hearing. The Court finds, based on Plaintiff's willful failure to comply with this Order, that lesser sanctions will not suffice. *Pierce v. City of Miami,* 176 F. App'x 12, 14 (11th Cir. 2006). Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied as moot. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 30th day of September, 2010.

                                                JAMES D. WHITTEMORE
                                                **United States District Judge**

Copies to:
Counsel/pro se parties of record